JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Jeremy Holland

    Plaintiff,

v.

Westerly Coffee Shop, LLC et al

    Defendants.

Case No. CV 20-07135-AB (GJSx)

ORDER OF DISMISSAL FOR LACK OF PROSECUTION WITHOUT PREJUDICE

(PURSUANT TO LOCAL RULE 41)

      On November 12, 2020, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution. Plaintiff filed a response on November 17, 2020. The Court continued the Order to Show Cause Response deadline on November 18, 2020. Plaintiff filed a response on December 10, 2020. The Court continued the Order to Show Cause Response deadline on December 14, 2020. On December 16, 2020, Plaintiff filed another written response to the Order to Show Cause. On December 17, 2020 the Court continued the Order to Show Cause Response deadline and ordered a response to be filed no later than January 6, 2021. No response

1.

having been filed to the Court's Order to Show Cause,

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

Dated: January 12, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

2.